IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| WILLIAM GRIFFIN and P & G CONSTRUCTION CONSULTANTS LLC, <br><br> Plaintiffs, <br><br> v. <br><br> HAYWOOD COUNTY, TENNESSEE, SERGEANT SCOTT HUNTER, LIEUTENANT SHAWN WILLIAMS, TENNESSEE FARMERS, MUTUAL INSURANCE COMPANY, and CHARLES TROTTER, <br><br> Defendants. | No.: 1:23-cv-02142-STA-jay |

**ORDER GRANTING MOTION FOR EXTENSION OF
TIME TO RESPOND TO SCOTT HUNTERS MOTION TO DISMISS**

THIS cause came on to be heard on the Motion of Plaintiffs for an Extension of Time to Respond to Defendant Scott Hunter's Motion to Dismiss (ECF No. 21). The Court finds that the unopposed motion is well-taken and should be **GRANTED**. Plaintiffs will have twenty-one days from the entry of this order in which to file their response.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date:  August 28, 2023